IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40854
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NELSON GLEN BRISCOE; ANTHONY
QUINN BLAIR,

Defendants-Appellants

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:96-CR-10-01
- - - - - - - - - -
May 30, 1997
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Anthony Quinn Blair and Nelson Glen Briscoe argue that the district court abused its discretion by admitting the testimony of Government witnesses discovered after the jury was selected but before the jury was sworn. Briscoe also argues that there was insufficient evidence to support his convictions of being an armed career criminal in possession of a firearm and selling

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

stolen firearms because witness testimony was not credible.  We have reviewed the record and the Appellants' contentions and we find no reversible error.  *See United States v. Brock*, 833 F.2d 519, 522 (5th Cir. 1987); *United States v. Casteneda*, 951 F.2d 44, 48 (5th Cir. 1992).

AFFIRMED.